# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE SALAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW HO,<br><br>    Defendant. | 1:14-cv-01110-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2014.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __July 18, 2014__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

1