# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE SALAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW HO,<br><br>　　　　Defendant. | 1:14-cv-01110-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF No. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO STOP PAYMENT OF FILING FEE |

　　　　Plaintiff Rene Salas ("Plaintiff") is a county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on July 16, 2014.  Plaintiff consented to the jurisdiction of the Magistrate Judge.  (ECF No. 4.)

　　　　On August 13, 2014, Plaintiff filed a form complaint document.  In the document, Plaintiff states: "I would like to dismiss my case-C# 1:14-cv-01110-BAM-//United States District Court Eastern District of California.  Dismiss and stop my application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 by a prisoner."  (ECF No. 7, p. 3.)  The Court construes the form complaint document as a motion requesting voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

　　　　"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."

Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  In this action, the complaint has not been screened, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a).  All pending motions, if any, are terminated.

Insofar as Plaintiff requests that the Court stop fees from being withdrawn from his inmate trust account for the filing fee for this case, his request is DENIED.  "[I]f a prisoner brings a civil action . . . in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1).  Plaintiff became obligated to pay the fee upon the filing of his complaint.  Voluntary dismissal of this action does not excuse Plaintiff from the obligation to pay the full amount of the filing fee and section 1915 does not provide authority to stop such payment.

IT IS SO ORDERED.

Dated:   **September 23, 2014**         /s/ *Barbara A. McAuliffe*         
                                        UNITED STATES MAGISTRATE JUDGE